CARRIE W. JAQUES, respondent,

*v.*

FREDERICK M. HUNT, appellant.

[Submitted May term, 1933.    Decided September 27th, 1933.]

*Messrs. Lindabury, Depue & Faulks,* for the respondent.

*Mr. Merritt Lane,* for the appellant.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Backes, and printed in *10 N. J. Mis. R. 687.*

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, CASE, BODINE, DONGES, HEHER, PERSKIE, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, DILL, JJ.    14.

*For reversal*—None.